

# ARKANSAS COURT OF APPEALS

DIVISION II
No. CR-13-1012

|  |  |  |
|---|---|---|
| DENARIUS A. MARTIN | | **Opinion Delivered** June 4, 2014 |
| | APPELLANT | APPEAL FROM THE CRITTENDEN COUNTY CIRCUIT COURT [NO. CR-2008-459] |
| V. | | |
| STATE OF ARKANSAS | | HONORABLE RANDY F. PHILHOURS, JUDGE |
| | APPELLEE | |
| | | AFFIRMED; MOTION TO WITHDRAW GRANTED |

## BILL H. WALMSLEY, Judge

On June 30, 2008, appellant Denarius Martin pleaded guilty to burglary, and he received five years' probation and was ordered to pay restitution, fines, fees, and costs. On April 22, 2013, the State filed a petition to revoke his probation alleging, among other things, that Martin failed to make any payments toward what he owed. The Crittenden County Circuit Court found that Martin had violated the terms and conditions of his probation and, upon revocation, sentenced him to two years in a regional correctional facility followed by seven years' suspended imposition of sentence. Defense counsel has filed a motion to withdraw on the basis that there is no merit to an appeal.

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), and Rule 4-3(k) of the Rules of the Arkansas Supreme Court and Court of Appeals, defense counsel's motion was accompanied by a brief that purports to address all adverse rulings with an explanation why

each ruling is not a meritorious ground for reversal. Martin was provided with a copy of counsel's brief and notified of his right to file pro se points for reversal. Martin has not filed any points.

From our review of the record and the briefs presented to us, we agree with defense counsel that there is no merit to an appeal. Accordingly, we affirm the order of revocation and grant defense counsel's motion to withdraw.

Affirmed; motion to withdraw granted.

HARRISON and WYNNE, JJ., agree.

*C. Brian Williams*, for appellant.

No response.